IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-29 |
| v. | ) | [18 U.S.C. 922(g)(1) |
| | ) | and 924(a)(2)] |
| SEAN MURPHY | ) | [UNDER SEAL] |

INDICTMENT

COUNT ONE

The grand jury charges:

On or about August 28, 2004, in the Western District of Pennsylvania, the defendant, SEAN MURPHY, after having been convicted on or about January 8, 1993, in the Circuit Court of the City of Norfolk, Virginia at #922492F08 of possession of cocaine with intent to distribute it and on July 16, 2001, in the Court of Common Pleas of Allegheny County at CC#200002604 of firearms not to be carried without a license, and at CC#200016181 of possession with intent to distribute a controlled substance, offenses which are punishable by a term of imprisonment in excess of one year, did knowingly possess in and affecting interstate commerce, a firearm, namely a .45 caliber Taurus handgun, bearing serial number NXA43196.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

_____
Foreperson

_____
MARY BETH BUCHANAN
UNITED STATES ATTORNEY
PA ID No. 50254

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-29 |
| | ) | [UNDER SEAL] |
| SEAN MURPHY | ) | |

CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

_3/21/05_
Date

_[signature]_
Attorney for Defendant
Sean Murphy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
            v.              )   Criminal No. 05-29
                            )   [Under Seal]
SEAN MURPHY                 )

## ARRAIGNMENT PLEA

Defendant Sean Murphy being arraigned, pleads _Not Guilty_ in open Court this _21st_ day of _March_, 20_05_.

_Sean Murphy_
(Defendant's Signature)

_[signature]_
(Attorney for Defendant)

CR 05-29

Sealed

1525

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY: 1. _____ Antitrust & Securities Fraud
          2. _____ Tax
          3. __X__ General Criminal

Defendant's name:                Sean Murphy
Is Indictment waived:            _____ yes      __X__ no

Pretrial Diversion:              _____ yes      __X__ no

Juvenile proceeding:             _____ yes      __X__ no

Defendant is:                    __X__ Male      _____ Female

Superseding Indictment or
Information:                     _____ yes      __X__ no

   Previous case number:         _____

If superseding, previous case was/will be:

   _____ Dismissed on defendant's motion
   _____ Dismissed on government's motion
   _____ After appellate action
   _____ Other (explain)

County in which first
offense cited occurred:          Allegheny

Previous proceedings before
Magistrate Judge:                _____

   Case No.:                     _____

   PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began:   _____

Defendant:                       _____ is in custody   __x__ is not in custody

Name of Institution:             _____

Custody is on:                   _____ this charge     _____ another charge
                                                        _____ another conviction
                                 _____ State           _____ Federal

Detainer filed:                  _____ yes             _____ no

Date detainer filed:             _____

Total defendants:             1

Total counts:                 1

Data below applies to defendant No.:    1

Defendant's name:        Sean Murphy

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE |
|---|---|---|
| 1 | 18 U.S.C. §§922(g)(1) and 924(a)(2) | Possession of a firearm by a convicted felon (FELONY) |

I certify that to the best of my knowledge the above entries are true and correct.

DATE:    FEB 0 8 2005

CONSTANCE M. BOWDEN
Assistant U.S. Attorney
PA ID No. 37866